NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELIA WINSETT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 12-784, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Shelia Winsett has filed a "Motion Notifying Court Secretary Shinseki Has Filed Notice of Appearance Under Perjury Illegal." The Secretary of Veterans Affairs responds.

Winsett has not shown that the Secretary of Veterans Affairs has violated either the Federal Rules of Appellate Procedure or the rules of this court.

SHELIA WINSETT V. SHINSEKI                                        2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26